# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACK JESSUP,<br><br>        Plaintiff,<br><br>v.<br><br>SYDNEY ROBERTS et al.,<br><br>        Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-829-TS<br><br>District Judge Ted Stewart |

In an Order dated February 16, 2017, the Court required Plaintiff to--by March 20, 2017--file a response to Defendants' summary-judgment motion. Plaintiff has not responded. The Court last heard from Plaintiff on September 28, 2016, when he filed miscellaneous documents.

IT IS THEREFORE ORDERED that, because he has failed to prosecute his case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

DATED this 13th day of April, 2017.

BY THE COURT:

JUDGE TED STEWART
United States District Court